UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bankr. No. 09-50082 |
| | ) | Chapter 7 |
| THEODORE WOLK | ) | |
| dba TED WOLK APARTMENTS | ) | |
| SSN/ITIN xxx-xx-3869 | ) | |
| Debtor, | ) | |
| | ) | |
| JOHN S. LOVALD, TRUSTEE | ) | Adv. No. 09-05010 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| KATHRYN M. TENNYSON, | ) | |
| PENNINGTON COUNTY, | ) | NOTICE OF APPEAL |
| ABN AMRO MORTGAGE GROUP, | ) | |
| INC., | ) | |
| GREAT WESTERN BANK | ) | |
| Defendants. | ) | |

John Lovald, the Plaintiff, appeals under 28 U.S.C. § 158(a)(1) from the Judgment (doc. 46), of the Bankruptcy Judge entered in this adversary proceeding on the 24th day of June, 2010.

The names of all parties to the Judgment appealed from and the names, addresses and telephone numbers of the respective attorneys are as follows:

John S. Lovald, Trustee, Plaintiff

Kathryn M. Tennyson, Defendant

Patrick T. Dougherty
PO Box 2376
Sioux Falls, SD 57101-2376
(605) 335-8586
(605) 331-2519 (Fax)
pat@ptdlawfirm.com
Attorney for Plaintiff - Appellant

John H. Mairose
2640 Jackson Blvd, Ste 3
Rapid City, SD  57702
(605) 348-7836
(605) 348-9802 (Fax)
mairoselaw@msn.com
Attorney for Defendant - Appellee

Dated:  July 2, 2010                         Signed:        /s/   Patrick T. Dougherty
                                                            Attorney for Appellant

                                                            Patrick T. Dougherty
                                                            *PO Box 2376*
                                                            Sioux Falls, SD 57101-2376
                                                            (605) 335-8586
                                                            (605) 331-2519 (Fax)
                                                            pat@ptdlawfirm.com