# UNITED STATES BANKRUPTCY APPELLATE PANEL
# FOR THE EIGHTH CIRCUIT

_____

No:  10-6050
_____

In re: Theodore Stephen Wolk

Debtor

------------------------------

John S. Lovald, Trustee

Plaintiff - Appellant

v.

Kathryn M. Tennyson

Defendant - Appellee

ABN AMRO Mortgage Group, Inc.; Great Western Bank; Pennington County

Defendants

_____

Appeal from U.S. Bankruptcy Court for the District of South Dakota - Rapid City
(09-05010)
_____

## JUDGMENT

This appeal from the United States Bankruptcy Court was submitted on the record of the
bankruptcy court and briefs of the parties.

After consideration, it is hereby ordered and adjudged that the case is remanded for
further consideration consistent with the court's opinion.

October 14, 2010

Order Entered in Accordance with Opinion:
Clerk, U.S. Bankruptcy Appellate Panel, Eighth Circuit.
_____
        /s/ Michael E. Gans