# UNITED STATES BANKRUPTCY APPELLATE PANEL
# FOR THE EIGHTH CIRCUIT

No: 10-6050

In re: Theodore Stephen Wolk

------------------------------

John S. Lovald, Trustee

Appellant

v.

Kathryn M. Tennyson

Appellee

ABN AMRO Mortgage Group, Inc., et al.

_____

Appeal from U.S. Bankruptcy Court for the District of South Dakota - Rapid City
(09-05010)

_____

## MANDATE

In accordance with the opinion and judgment of 10/14/2010, and pursuant to the provisions of the Local Rules of the United States Bankruptcy Appellate Panel of the Eighth Circuit 8016A(b), the formal mandate is hereby issued in the above-styled matter.

November 02, 2010

Clerk, U.S. Bankruptcy Appellate Panel, Eighth Circuit.

_____
/s/ Michael E. Gans